United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael Anthony Fascinella  
Ann Marie Fascinella  
    Debtors

Case No. 17-01710-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: MMchugh | Page 1 of 1 | Date Rcvd: Aug 08, 2017 |
| | Form ID: ntnew341 | Total Noticed: 7 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.

```
db/jdb         +Michael Anthony Fascinella,    Ann Marie Fascinella,    368 Loder Street,    Sayre, PA 18840-2613
4929737        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4917561         General Motors Financial,    Post Office Box 181145,    Arlington TX 76096-1145
4917560        +Law Office Burr & Reid,    Post Office Box 2308,    Binghamton NY 13902-2308
4950923         Robert Packer Hospital,    c/o Burr & Reid, LLP,    400 Plaza Drive, PO Box 2308,
                 Binghamton, NY 13902-2308
4923416        +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4925283         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2017 19:07:18
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                               TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4917559         The Bank of New York Mellon Trust,    Company National Association formerly kn,
                 Of New York Trust Company NA as successo,    Morgan JP Chase Bank, as Trustee for Res,
                 Securities Corporation Home Equity Mortg,    Asset Backed Pass Through Certificates S
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Securities Corporatio bkgroup@kmllawgroup.com
              Richard R. Jennings     on behalf of Joint Debtor Ann Marie Fascinella
               attorneyrickjennings@gmail.com
              Richard R. Jennings     on behalf of Debtor Michael Anthony Fascinella
               attorneyrickjennings@gmail.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William E. Craig     on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael Anthony Fascinella
Ann Marie Fascinella

Debtor(s)

Chapter 13

Case No. 5:17−bk−01710−JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: September 18, 2017<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Date: August 8, 2017