```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01710-JJT
Michael Anthony Fascinella                                          Chapter 13
Ann Marie Fascinella
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh              Page 1 of 1         Date Rcvd: Aug 09, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
db/jdb        +Michael Anthony Fascinella,    Ann Marie Fascinella,    368 Loder Street,    Sayre, PA 18840-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Securities Corporatio bkgroup@kmllawgroup.com
              Richard R. Jennings    on behalf of Joint Debtor Ann Marie Fascinella
               attorneyrickjennings@gmail.com
              Richard R. Jennings    on behalf of Debtor Michael Anthony Fascinella
               attorneyrickjennings@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig   on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>MICHAEL ANTHONY FASCINELLA<br>ANN MARIE FASCINELLA<br>**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>**Movant**<br><br>v.<br><br>MICHAEL ANTHONY FASCINELLA<br>ANN MARIE FASCINELLA<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 5:17-01710 (JJT)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated

to permit the movant to pursue the movant's rights in the personal property described as a **2013 Chevrolet Cruze** bearing vehicle identification number 1G1PD5SB9D7188201 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

By the Court,

Dated: August 9, 2017

John J. Thomas, Bankruptcy Judge
(PJR)