In re:                                                      Case No. 17-01710-JJT
Michael Anthony Fascinella                                  Chapter 13
Ann Marie Fascinella
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh          Page 1 of 1           Date Rcvd: Sep 12, 2017
                         Form ID: ntnew341      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
```
db/jdb         +Michael Anthony Fascinella,   Ann Marie Fascinella,   368 Loder Street,   Sayre, PA 18840-2613
4929737        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4917561         General Motors Financial,   Post Office Box 181145,   Arlington TX 76096-1145
4917560        +Law Office Burr & Reid,   Post Office Box 2308,   Binghamton NY 13902-2308
4957157         Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
4950923         Robert Packer Hospital,   c/o Burr & Reid, LLP,   400 Plaza Drive, PO Box 2308,
                 Binghamton, NY 13902-2308
4923416        +The BNYM Trust Company, NA, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4962602        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 12 2017 18:55:27     Asset Acceptance LLC,
                 Midland Credit Mgmt., Inc. agent for,   Asset Acceptance LLC,   Po Box 2036,
                 Warren, MI 48090-2036
4959933         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2017 18:55:31     Jefferson Capital Systems LLC,
                 PO Box 7999,   St Cloud MN 56302-9617
4925283         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2017 18:55:26
                 Pennsylvania Department of Revenue,   Bankruptcy division,  P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4917559         The Bank of New York Mellon Trust,   Company National Association formerly kn,
                 Of New York Trust Company NA as successo,   Morgan JP Chase Bank, as Trustee for Res,
                 Securities Corporation Home Equity Mortg,   Asset Backed Pass Through Certificates S
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as
               Trustee for Residential Asset Securities Corporatio bkgroup@kmllawgroup.com
              Richard R. Jennings    on behalf of Joint Debtor Ann Marie Fascinella
               attorneyrickjennings@gmail.com
              Richard R. Jennings    on behalf of Debtor Michael Anthony Fascinella
               attorneyrickjennings@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

| | |
|---|---|
| ntnew341 (12/14) | |
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Michael Anthony Fascinella<br>Ann Marie Fascinella<br><br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>5:17−bk−01710−JJT |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 30, 2017<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2017 |