In re:  
Michael Anthony Fascinella  
Ann Marie Fascinella  
    Debtors

Case No. 17-01710-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: MMchugh    Page 1 of 1    Date Rcvd: Dec 06, 2017  
Form ID: ordsmiss    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.

```
db/jdb         +Michael Anthony Fascinella,    Ann Marie Fascinella,    368 Loder Street,    Sayre, PA 18840-2613
4929737        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4917561         General Motors Financial,    Post Office Box 181145,    Arlington TX 76096-1145
4917560        +Law Office Burr & Reid,    Post Office Box 2308,    Binghamton NY 13902-2308
4957157         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
4950923         Robert Packer Hospital,    c/o Burr & Reid, LLP,    400 Plaza Drive, PO Box 2308,
                Binghamton, NY 13902-2308
4923416        +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4962602        +EDI: ACCE.COM Dec 06 2017 18:53:00      Asset Acceptance LLC,
                Midland Credit Mgmt., Inc. agent for,    Asset Acceptance LLC,    Po Box 2036,
                Warren, MI 48090-2036
4959933         EDI: JEFFERSONCAP.COM Dec 06 2017 18:53:00      Jefferson Capital Systems LLC,    PO Box 7999,
                St Cloud MN 56302-9617
4925283         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 18:49:48
                Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
4976852         EDI: ECMC.COM Dec 06 2017 18:53:00      US Department of Education,    P O Box 16448,
                St Paul, MN 55116-0448
                                                                                               TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4917559         The Bank of New York Mellon Trust,    Company National Association formerly kn,
                Of New York Trust Company NA as successo,    Morgan JP Chase Bank, as Trustee for Res,
                Securities Corporation Home Equity Mortg,    Asset Backed Pass Through Certificates S
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:

      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
      James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporatio bkgroup@kmllawgroup.com  
      Richard R. Jennings   on behalf of Debtor 1 Michael Anthony Fascinella attorneyrickjennings@gmail.com  
      Richard R. Jennings   on behalf of Debtor 2 Ann Marie Fascinella attorneyrickjennings@gmail.com  
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
      William E. Craig   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Anthony Fascinella<br>Ann Marie Fascinella | Chapter 13 |
| | Case No. 5:17−bk−01710−JJT |
| **Debtor(s)** | |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 6, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk